F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

McSTEEL INT'L CORP.
_____
Plaintiff(s)

Civil No. 98-1746 (SEC)

UNITED ARAB SHIPPING CO., et al.
_____
Defendant(s)

RECEIVED & FILED
99 OCT 28 AM 7:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 10/12/99   DOCKET #: 19   TITLE:

[✓] Plaintiff(s)    [ ] Third Party Defendant(s)    Motion for Extension of Time to file Opposition

[ ] Defendant(s)

DISPOSITION:

[✓] GRANTED            [ ] DENIED

[ ] NOTED              [ ] MOOT

| COMMENTS |
|---|

(3)   October 26, 1999
_____          _____
DATE                               SALVADOR E. CASELLAS
                                   United States District Judge