IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

McSTEEL INTERNATIONAL USA
Plaintiff(s)

Civil No. 98-1746 (SEC)

v.

NAVIERAS, NPR, Inc., et al.
Defendant(s)

---

### DESCRIPTION OF MOTION

DATE FILED: 11/9/99   DOCKET #: 22   TITLE:

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)   Motion for Leave to file Reply Brief

[✓] Defendant(s)

---

DISPOSITION:

[✓] GRANTED   [ ] DENIED

[ ] NOTED   [ ] MOOT

---

### COMMENTS

Defendant shall file its reply brief no later than December 22, 1999.

(2)

December 13, 1999
DATE

SALVADOR E. CASELLAS
United States District Judge