IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC 28  AM 8 18

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORPORATION | * * * |
| Plaintiff | * Civil No. 98-1746(SEC) |
| v. | * * |
| NAVIERAS, NPR, INC., et al. | * * |
| Defendants | * |

### ORDER

Upon plaintiff's motion (**Docket # 27**), the Clerk of the Court is hereby **ORDERED** to cause that service of process be effected pursuant to Fed. R. Civ. P. 4(f), (h) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents upon defendants (1) Liverpool and London Steamship Protection and Indemnity Association and (2) the Britannia Steamship Insurance Association Limited, through the United Kingdom's designated Central Authority, Her Majesty's Principal Secretary of State for Foreign and Commonwealth Affairs.

**SO ORDERED.**

In San Juan, Puerto Rico, this 27 day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge



4
AO 72A
(Rev. 8/82)