UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC 28  AM 8 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MCSTEEL INTERNATIONAL
USA CORPORATION
    Plaintiff

    v.        Civil No. 98-1746(SEC)

NAVIERAS NPR, INC., et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket # 25<br>Motion for Extension of Time | Granted. |
| Docket # 26<br>Motion for Extension of Time | Moot. |

DATE: December 27, 1999

/s/ Salvador E. Casellas
SALVADOR E. CASELLAS
United States District Judge



4