IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MACSTEEL INTERNATIONAL
USA CORPORATION

Plaintiff                                    Civil No. 98-1746(SEC)

v.

NAVIERAS, NPR, INC., et al.

Defendants

## ORDER

Upon plaintiff's motion (**Docket # 27**), the Clerk of the Court is hereby **ORDERED** to cause that service of process be effected pursuant to Fed. R. Civ. P. 4(f), (h) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents upon defendant Transportes Marítimos Internacionais, S.A., through the Central Authority designated by Portugal, Legal Affairs Department of the Ministry of Justice.

**SO ORDERED.**

In San Juan, Puerto Rico, this 19 day of January, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)