IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MACSTEEL INT'L CORPO.
Plaintiff(s)

v.

Civil No. 98-1746 (SEC)

NAVIERAS NPR, INC., et al.
Defendant(s)

### DESCRIPTION OF MOTION

DATE FILED: 3/23/00  DOCKET #: 34  TITLE: Britannia Steam Ship's Motion for Extension of Time to Answer Complaint...

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[✓] Defendant(s)   [ ] Joint

DISPOSITION:

[✓] GRANTED         [ ] DENIED

[ ] NOTED           [ ] MOOT

### COMMENTS

APRIL 18, 2000
DATE

SALVADOR E. CASELLAS
United States District Judge

