# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MACSTEEL INTERNATIONAL
USA CORPORATION
    Plaintiffs
         v.            Civil No. 98-1746(SEC)
UNITED ARAB SHIPPING CO., et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 40**<br>"Motion for Extension of Time" | Granted. |

DATE: July 19, 2000

                    SALVADOR E. CASELLAS
                    United States District Judge