IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MCSTEEL INTERNATIONAL USA CORPORATION | * * * |
| Plaintiff | * Civil No. 98-1746(SEC) |
| v. | * * |
| UNITED ARAB SHIPPING CO., et al. | * * |
| Defendants | * |

**ORDER**

Pursuant to P.R. Loc. R. 302.7, this case is hereby transferred to the docket of the Honorable Jay García Gregory, subject to his approval.

**SO ORDERED.**

In San Juan, Puerto Rico, this 25 day of September, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)