UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MCSTEEL INTERNATIONAL USA
CORPORATION

    Plaintiff(s)

    v.          CIVIL NUMBER: 98-1746 (JAG)

NAVIERAS NPR, INC., et al

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/29/01<br>**Title:** Motion to Withdraw<br>**Docket(s):** 45<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | GRANTED. |

Date: April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to
attys/pts
in ICMS
4-16-01