IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MCSTEEL INTERNATIONAL USA
CORPORATION

    **Plaintiff(s)**

    v.                               CIVIL NO.  98-1746 (JAG)

NAVIERAS NPR, INC., et al

    **Defendant(s)**

---

## ORDER

The parties shall file a joint Proposed Pre-Trial Memorandum by May 24, 2002. The Court shall meet with parties for a Pre-Trial and Settlement Conference on June 17, 2002 at 10 a.m. Counsel shall ensure that each party's principals are available, in person or by telephone, to assist in settlement negotiations. The bench trial in this matter shall take place on June 24, 2002 at 9:30 a.m.

If they so desire, the parties shall indicate to the Court through a joint filing (to be submitted no later than April 5, 2002), whether they would like to explore settlement possibilities prior to May 24, 2002. The parties shall provide the Court with at least three previously agreed-upon proposed conference dates. No motions seeking enlargements of time to this schedule shall be granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of March 2002.

JAY A. GARCIA-GREGORY
United States District Judge