UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 MAY 14  AM 10: 11

RECEIVED AND FILED

MCSTEEL INTERNATIONAL USA
CORPORATION

    **Plaintiff(s)**

    v.                          CIVIL NO.   98-1746 (JAG)

NAVIERAS NPR, INC., et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/03/02<br>**Title:** Motion Requesting Correction of Registry of Attorneys of Record and Notification of Orders of the Court<br>**Docket(s):** 56<br>[X] Plff(s)   [ ] Dft(s)   [ ] Other | **GRANTED** as requested. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/06/02<br>**Title:** Motion Submitting Exhibit to Motion Requesting, etc.<br>**Docket(s):** 57<br>[X] Plff(s)   [ ] Dft(s)   [ ] Other | **NOTED.** |

Date:  May 13, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge