CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 MAY 16 AM 7:2

RECEIVED AND FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Macsteel International USA Corp.** | * |
| **Plaintiff** | *  Civil No. 98-1746 (JAG) |
| vs. | * |
| **Navieras NPR, Inc. et al.** | * |
| **Defendant** | * |

* * * * * * * * * * * * * * * * * * * * * * ******

---

### DESCRIPTION OF MOTION

DATE FILED: 5/14/02   DOCKET: # 59   TITLE: MOTION FOR ENTRY OF DEFAULT

[x] Plaintiff
[ ] Defendant

---

### CLERK'S ENTRY OF DEFAULT

---

Default of defendant is hereby entered.

---

Date: 5/16/02                FRANCES RIOS DE MORAN
                             CLERK OF THE COURT

                             BY: _____
                             DEPUTY CLERK



