UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MCSTEEL INTERNATIONAL USA
CORPORATION

**Plaintiff(s)**

v.                                                              CIVIL NO.   98-1746 (JAG)

NAVIERAS NPR, INC., et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/15/02<br>**Title:** Response to Informative Motion<br>**Docket(s):** 62 | Defendant Navieras NPR, Inc. shall respond by June 4, 2002. No extensions will be granted. |
| [X] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | |

Date: May 29, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge