UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MCSTEEL INTERNATIONAL USA
CORPORATION

**Plaintiff(s)**

v.                                                                      CIVIL NO.   98-1746 (JAG)

NAVIERAS NPR, INC., et al

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/29/02<br>**Title:** Motion Submitting Original Exhibit<br>**Docket(s):** 64 | **GRANTED.** |

[ ] **Plff(s)**   [X] **Dft(s)**   [ ] **Other**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/28/02<br>**Title:** Motion Requesting that Default be Set Aside<br>**Docket(s):** 63 | **GRANTED.** |

[ ] **Plff(s)**   [X] **Dft(s)**   [ ] **Other**

---

Date:  June 5, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge