IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MACSTEEL INTERNATIONAL USA
CORPORATION

    **Plaintiff,**

    v.

NAVIERAS NPR, INC. et al.,

    **Defendant**

CIVIL NO. 98-1746 (JAG)

## ORDER

Plaintiff's motion requesting a brief enlargement of time to file the Pre-Trial Order (Docket No. 69) is <u>granted</u>. The Pre-Trial Order shall be due on **June 20, 2002**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of June, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge