IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MACSTEEL INTERNATIONAL,
INC., et al.

    **Plaintiff**

    v.                                              CIVIL NO. 98-1746 (JAG)

UNITED ARAB SHIPPING CO., et al.

    **Defendants**

---

**JUDGMENT**

    Pursuant to the Settlement Agreement filed by the parties on June 19, 2002 (Docket No. 71), the Court hereby enters judgment dismissing the case with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of June, 2002.

                                      _____
                                      JAY A. GARCIA-GREGORY
                                      U.S. District Judge